DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 JUNE 2013

| | | | |
|---|---|---|---|
| 175P13 | State v. Caleb Josiah Haire | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-1806) | Denied |
| 176P13 | John D. McCallister v. Ernie R. Lee, Joseph B. Gilbert, Dewey Hudson, Cara Tussey | 1. Plt's *Pro Se* NOA Based Upon a Constitutional Question (COA12-1168)<br><br>2. Plt's *Pro Se* PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Allowed |
| 177P13 | William David Carden v. Owle Construction, LLC | Plt's PDR Under N.C.G.S. § 7A-31 (COA-12-493) | Denied |
| 178P13 | Mary Jane Williard v. Coy Orville Williard | Plaintiff-Appellant's PDR Under N.C.G.S. § 7A-31 (COA12-931) | Denied |
| 179P13 | State v. Kevin Kraig Taylor | 1. Def's NOA Under N.C.G.S. § 7A-30 (COA12-529)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal<br><br>4. Attorney's Motion to Withdraw from Representation<br><br>5. Attorney's Motion to Appoint The Office of Appellate Defender | 1. - - -<br><br>2. Denied<br><br>3. Allowed<br><br>4. Allowed<br><br>5. Dismissed as Moot |
| 180P13 | State v. Julio Cesar Naverrete-Garcia | Def's PDR Under N.C.G.S. § 7A-31(c) (COA12-1039) | Denied |
| 181P13 | State v. Paul Evan Seelig | Defendant-Appellant's PDR (COA12-442) | Denied |
| 182P13 | State v. William C. Klinger | Def's PDR Under N.C.G.S. § 7A-31 (COA12-798) | Denied |
| 188P13 | Clorey Eugene France v. North Carolina Department of Correction | Plt's *Pro Se* Motion for NOA (COA12-1425) | Dismissed *Ex Mero Motu* |
| 189P13 | Niche Marketing, Inc., and The Robbins Company, Inc. v. Jilson R. Daniels | Def's *Pro Se* Motion for NOA (COA13-156) | Dismissed *Ex Mero Motu* |